FILED
2016 Aug-03 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SHARON SIMPSON, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Civil Action No.: 7:15-cv-554-RDP |
| } | |
| CAROLYN W. COLVIN, } | |
| **Acting Commissioner of Social Security** } | |
| } | |
| Defendant. } | |

## MEMORANDUM OPINION

On July 13, 2016, the Magistrate Judge's Report and Recommendation (Doc. #14) was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. On July 26, 2016, Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. No other objections have been filed.

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the decision of the Commissioner be affirmed.

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this August 3, 2016.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE